# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC BROWN, | ) | NO. CV 14-9365-PA (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN SOTO, et al, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendants' motion to dismiss the Complaint ("Motion") and the parties' related briefing, and the November 10, 2015 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report, except that the claims against defendants in their official capacity are dismissed without leave to amend.

\\
\\
\\
\\

1         Accordingly, IT IS ORDERED that: (1) the claims against the Defendants in their official capacities are DISMISSED with leave to amend; and (2) the claims against Defendants Soto and Ocegueda are DISMISSED with leave to amend.

DATED: December 10, 2015

                                                              _____
                                                                PERCY ANDERSON
                                                        UNITED STATES DISTRICT JUDGE